## Commonwealth *v.* Hart, Appellant.

Before O'DON-
NELL, J.

Argued March 18, 1969.
*R. Philip Steinberg,* with him *Drinker, Biddle & Reath,*
for appellant; *William J. Stevens, Jr.,* Assistant Dis-
trict Attorney, with him *James D. Crawford,* Assistant

District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.